Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Ronald Pena            **Case Number:** 0101 1:05CR10332

**Name of Sentencing Judicial Officer:** Honorable Nancy Gertner, U.S. District Judge

**Name of Judicial Officer Assigned:** The Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** February 26, 2008

**Original Offense:** Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

**Original Sentence:** 120 months' of custody followed by 48 months' supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** August 29, 2014

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**

I.     <u>Violation of Standard Condition #7</u>: **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

On 11/4/16, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was diluted.

On 1/25/17, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was diluted.

On 2/22/17, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for marijuana. Mr. Pena admitted to using marijuana on this date.

On 3/10/17, Mr. Pena failed to report for randomized drug testing per the Phase call in system.

On 3/16/17, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was diluted.

On 3/29/17, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for marijuana and cocaine. Mr. Pena denied any use of any illegal drugs. This test was sent the National Laboratory on 4/3/17 for further testing. The results of the test were confirmed, positive for cocaine and marijuana, on 4/8/17.

On 4/11/17, Mr. Pena failed to report for randomized drug testing per the Phase call in system. Mr. Pena made up this test on 4/12/17, the result of that test was negative for substances.

On 4/20/17, Mr. Pena provided a urine sample for drug testing. Laboratory analysis of that sample revealed that it was positive for marijuana. Mr. Pena denied any use of any illegal drugs. This test was sent the National Laboratory on 5/5/17 for further testing. The results of the test were confirmed, positive for marijuana, on 5/7/17.

On 5/9/17, Mr. Pena failed to report for randomized drug testing per the Phase call in system.

<u>U.S. Probation Officer Action:</u> On 2/8/17, the undersigned Probation Officer spoke with Mr. Pena regarding the two diluted drug tests submitted on 11/4/16 and 1/25/17. Mr. Pena denied using any illegal substances and denied purposely tampering with the drug tests. As a result of the submission of the diluted samples, Mr. Pena was placed on the Phase call in line for randomized drug testing.

On 3/1/17, the Probation Officer spoke with Mr. Pena about his positive drug test result for marijuana on 2/25/17. Mr. Pena admitted that he had purchased and consumed gummy bears containing marijuana approximately 2-3 weeks prior.

On 3/31/17, the Probation Officer confronted Mr. Pena about his continued drug use. Mr. Pena denied using any illegal substances. This officer questioned Mr. Pena as to how his results would report the use of cocaine and marijuana if he had not used. Mr. Pena continued to report he did not use any illegal substances, stating that he has never used cocaine and the last time he used marijuana was right before his positive test on 2/22/17. As a result of this continued denial, this test was sent to the National Laboratory for further testing. The results of the test were confirmed, positive for cocaine and marijuana, on 4/8/17.

On 4/20/17, the Probation Officer and Supervising Probation Officer Joseph LaFratta met with Mr. Pena for an administrative hearing to address his drug use. Mr. Pena continued to deny any use of illegal substances, except for marijuana, which he admitted to using in February 2017. A discussion regarding additional treatment was had with Mr. Pena, who stated that he did not feel he had a problem with drugs. On this same date, Mr. Pena submitted a drug test that returned positive for marijuana. On 5/2/17, the Probation Officer confronted Mr. Pena on his drug use. Mr. Pena again denied any use of any illegal substances. As a result of the continued denial, this test was sent to the National Laboratory for further testing. The results of the test were confirmed, positive for marijuana, on 5/8/17.

This is not Mr. Pena's first issue of noncompliance, as the Court is aware of previous filings addressing new arrests, failure to notify the probation officer of law enforcement contact and positive drug tests. On 6/17/16, the Court was notified of a positive drug test for cocaine on 5/27/16. The Probation Office requested no Court action and referred Mr. Pena to participate in Interactive Journaling. On 5/3/16, the Court was notified regarding two prior positive drug tests (3/4/16 for marijuana and 4/26/16 for opiates). At that time, the Probation Office requested that no action be taken. Prior to that, on 9/25/15, the Court was informed, via Petition for a Summons, of noncompliant behavior which included, among other violations, positive drug tests for marijuana. This Petition was withdrawn as the noncompliance was addressed by modifying Mr. Pena's conditions to include a nightly curfew for a period of 3 months.

As a result of this positive drug test and Mr. Pena's continued denial of use, the probation officer is increasing the randomized drug testing frequency in order to more closely monitor his sobriety or drug use and will notify Your Honor of any additional violations. In addition, Mr. Pena recently completed Interactive Journaling to address both substance abuse as well as employment related issues. Mr. Pena remains unemployed; however, he is currently enrolled in school through Quincy College. The Probation Office would also note that Mr. Pena has recently submitted two negative drug tests on 5/11/17 and 5/17/17.

Mr. Pena has been made aware that additional positive drug tests will result in our initiation of the revocation process as required under Title 18 U.S.C. 3565(b) and 3583(g) which provides for mandatory revocation of supervised release for testing positive for illegal use of controlled substances more than (3) three times over the course of (1) one year. Our office is providing Mr. Pena with yet another opportunity to comply with his conditions of release and to improve his circumstances. If additional violations occur, we will notify Your Honor.

| Reviewed/Approved by: | Respectfully submitted by, |
|---|---|
| */s/ Joseph LaFratta* | */s/ Meaghan Mills* |
| Joseph LaFratta | Meaghan Mills |
| Supervision U.S. Probation Officer | U.S. Probation Officer |
| | Date: 5/26/2017 |

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

/s/ George A. O'Toole, Jr.
Honorable George A. O'Toole,
U.S. District Judge

5/30/2017
Date